IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmond Gasaway,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Louis W Winn, Jr.,<br><br>　　　　　Respondent. | No. CV-13-00906-TUC-RCC<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation ("R & R") prepared by Magistrate Judge Charles R. Pyle. Doc. 22. Magistrate Judge Pyle recommends that the Court denies Petitioner Edmond Gasaway's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Gasaway has filed an objection and Respondent has submitted a reply. For the foregoing reasons, the Court shall adopt the R & R.

The duties of the district court, when reviewing a R & R of a Magistrate Judge, are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). The district court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Fed.R.Civ.P. 72(b), 28 U.S.C. § 636(b)(1). When the parties object to a R & R, "[a] judge of the [district] court shall make a de novo determination of those portions of the [R & R] to which objection is made." 28 U.S.C. § 636(b)(1); *see Thomas v. Arn*, 474 U.S. 140 (1985). However, in the absence of a timely objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed.R.Civ.P.

72(b), Advisory Committee Notes (1983); *see also United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

The factual background in this case is thoroughly detailed in Magistrate Judge Pyle's R & R. This Court fully incorporates by reference the Background and Discussion sections of the R & R into this Order.

In his objection to the R & R, Gasaway simply states that "[b]ased on the facts of the corrupted officers (sic) conduct and the report filed with the IAO, Petitioner's writ of habeas corpus should be granted." Because Gasaway raises no actual objections to the R & R and this Court finds no clear error, this Court shall adopt the R & R. Accordingly,

**IT IS HEREBY ORDERED** that Magistrate Judge Pyle's Report and Recommendation is **adopted**. Petitioner Gasaway's petition is **denied**. Doc. 22.

Dated this 28th day of July, 2016.

_____
Raner C. Collins
Chief United States District Judge